WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
Thomas E. MacWright
Ricardo M. Pasianotto

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Antonio Reinaldo Rabelo Filho,*
as Petitioner and Foreign Representative

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| InterCement Brasil S.A., *et al.*,[1] | ) | Case No. 24-12291 (MG) |
| | ) | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | ) | |
| | ) | |

**STATEMENT NOTIFYING THE COURT OF**
**DEVELOPMENTS IN THE FOREIGN PROCEEDINGS**
**PURSUANT TO 11 U.S.C. § 1518 AND 28 U.S.C. § 1746**

Antonio Reinaldo Rabelo Filho (the "**Petitioner**" or the "**Foreign Representative**"),

the duly-authorized foreign representative of InterCement Brasil S.A. ("**ICB**"), InterCement

Participações S.A. ("**ICP**"), InterCement Financial Operations B.V. ("**IC Financial**"), and

InterCement Trading e Inversiones S.A. ("**ITI**" and, together with ICB, ICP and IC Financial,

---

[1]    The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number
in their applicable jurisdiction of incorporation, are as follows: InterCement Brasil S.A. (01-36–Brazil);
InterCement Participações S.A. (01-22–Brazil); InterCement Financial Operations B.V. (3771–Netherlands);
and InterCement Trading e Inversiones S.A. (7798–Spain).

the "**Chapter 15 Debtors**") in the *recuperação judicial* proceeding (the "**RJ Proceeding**")

commenced by the Chapter 15 Debtors and certain affiliates (the "**RJ Debtors**")[2] on December

9, 2024, before the 1st Bankruptcy and Restructuring Court of São Paulo (the "**Brazilian**

**Bankruptcy Court**"), by and through his undersigned counsel, submits this statement pursuant

to section 1518 of title 11 of the United States Code (the "**Bankruptcy Code**") to inform this

Court of recent developments regarding the foreign proceeding involving the Chapter 15

Debtor IC Financial in the Netherlands.[3]

### RECENT DEVELOPMENTS IN THE IC FINANICAL WHOA PROCEEDING

1.    As previously stated in the Foreign Representative's *Statement Notifying the*

*Court of Developments in the Foreign Proceedings in Brazil Pursuant to 11 U.S.C. § 1518 and*

*28 U.S.C. § 1746* [ECF No. 56], on March 14, 2025, the Dutch Court scheduled a hearing to

discuss the continued appointment of the Dutch Observer with respect to IC Financial in the

context of the WHOA proceeding in the Netherlands.  Following that hearing, on March 21,

2025, the Dutch Court entered an order revoking the appointment of the Dutch Observer (the

"**Observer Revocation Order**").  A true and correct copy of the Observer Revocation Order

is attached hereto as **Exhibit A**.[4]

2.    The Foreign Representative will inform this Court of any relevant developments

with respect to the Brazilian RJ Proceeding and other foreign proceedings related to the Chapter

15 Debtors.

---

[2]    "**RJ Debtors**" or the "**Company**" include the Chapter 15 Debtors and affiliates InterCement Trading e Inversiones Argentina S.L. ("**ITI Argentina**"), Mover Participações S.A. ("**Mover**"), Sucea Participações S.A. ("**Sucea**"), and Sincro Participações S.A. ("**Sincro**").

[3]    Capitalized terms not otherwise defined in this statement shall have the meanings given to such terms in the *Petitioner's Declaration and Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1515, 1517, 1520, and 1521* [ECF No. 2] (the "**Verified Petition**"), and the *Petitioner's Omnibus Reply on COMI Determination as of the December 9, 2024 Filing Date for Chapter 15 Debtors IC Financial and ITI,* [ECF No. 45] (the "**Reply**").

[4]    A machine translation of the Observer Revocation Order is attached hereto as **Exhibit B**.  The Foreign Representative has procured a certified translation and will file it with the Court once it is finalized.

Dated: March 21, 2025
New York, New York

Respectfully submitted,

By: */s/ John K. Cunningham*
     John K. Cunningham

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
Thomas E. MacWright
Ricardo M. Pasianotto
jcunningham@whitecase.com
tmacwright@whitecase.com
ricardo.pasianotto@whitecase.com


Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)
rkebrdle@whitecase.com

111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)
jzakia@whitecase.com

*Attorneys for Antonio Reinaldo Rabelo Filho,*
as Petitioner and Foreign Representative